United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARY SWAN, et al.,                          No. C-11-6150 MMC

12              Plaintiffs,                       **ORDER CONTINUING CASE
                                                  MANAGEMENT CONFERENCE**
13       v.

14   FOSTER WHEELER LLC,

15              Defendant.
     _____/

16

17       The Judicial Panel on Multidistrict Litigation having filed on December 13, 2011 an

18   order conditionally transferring the above-titled action to the Eastern District of

19   Pennsylvania, the Case Management Conference is hereby CONTINUED from March 23,

20   2012 to June 15, 2012.  A Joint Case Management Statement shall be filed no later than

21   June 8, 2012.

22       **IT IS SO ORDERED.**

23

24   Dated:  March 20, 2012                       _____
                                                  MAXINE M. CHESNEY
25                                                United States District Judge

26

27

28