IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY SWAN, et al.,

    Plaintiffs,

  v.

FOSTER WHEELER LLC,

    Defendant.
_____/

No. C-11-6150 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Judicial Panel on Multidistrict Litigation having filed on December 13, 2011 an order conditionally transferring the above-titled action to the Eastern District of Pennsylvania, the Case Management Conference is hereby CONTINUED from March 23, 2012 to June 15, 2012.  A Joint Case Management Statement shall be filed no later than June 8, 2012.

**IT IS SO ORDERED.**

Dated:  March 20, 2012

MAXINE M. CHESNEY
United States District Judge