1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARY SWAN, as Wrongful Death Heir, And as Successor-in-Interest to LYLE SWAN, Deceased, and LYLE SWAN, JR., LISA LUNA, RYAN SWAN, RENAE ZAZUETA, as Legal Heirs of LYLE SWAN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION),<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:11-cv-06150-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 10, 2014            By: _____

Charles R. Breyer
United States District Judge

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION

**BRAYTON♦PURCELL LLP**
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555